# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132414

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DWIGHT ERIC PICKETT,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132414
COA: 262668
Wayne CC: 04-006543-01

On order of the Court, the application for leave to appeal the October 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220